CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 22 2013

JULIA C. DUDLEY, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LEVI SPRINGER, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:12cv00336 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SGT. ADAMS, *et al.*, | ) | By: Samuel G. Wilson |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Springer's claim against defendant Wise County is **DISMISSED** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); the Clerk is **DIRECTED** to **TERMINATE** Wise County as a defendant to this action; and Springer's "motion for production of defendant" (Docket No. 47) is **DENIED as moot**.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the parties.

ENTER: This 22nd day of January, 2013.

_____
United States District Judge