CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 10 2013

JULIA C. PUDDY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LEVI SPRINGER, | ) |
| | ) Civil Action No. 7:12-CV-336 |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| J.T. GILBERT, et al., | ) By: Samuel G. Wilson |
| | ) United States District Judge |
| Defendants. | ) |

In accordance with the memorandum opinion entered on this day, it is hereby **ADJUDGED** and **ORDERED** that plaintiff's Motion to Compel is **GRANTED IN PART** and **DENIED IN PART**.

The defendants are **ORDERED** to produce any recordings of Springer from May 10, 2012 and September 19, 2012 within 14 days of the entry of this Order.

ENTER: September 10th, 2013.

/s/
UNITED STATES DISTRICT JUDGE